**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 21-5345 JFW (GJSx)**                                              Date:  July 20, 2021

Title:    Julie Ann Goldberg -v- Audi Financial Services et al

---

**PRESENT:**
**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                                              None

**PROCEEDINGS (IN CHAMBERS):**    ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE SANCTIONED

On July 1, 2021, Defendants filed a Notice of Removal in this Court.  However, Defendants failed to notify the Court on the Civil Cover Sheet (Docket No. 4) that this action was related to *Julie Ann Goldberg v. Audi Financial Services et al,* Case No. 2:20-cv-11803-JFW-GJS ("Related Action").  Accordingly, Defendants are ordered to show cause, in writing, no later than **July 22, 2021** why Defendants should not be sanctioned in the amount of $1,500.00 for their failure to notify the Court of the Related Action.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause will result in the imposition of monetary sanctions.

IT IS SO ORDERED.